| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Robert Gunnar Grundstrom** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | **Julie Ann Grundstrom** |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 2:23-bk-03518 |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

   1.1
   **3300 E. Broadway Rd. #264**
   Street address, if available, or other description

   **Mesa**  **AZ**  **85204-0000**
   City / State / ZIP Code

   **Maricopa**
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ■ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ■ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $50,000.00
   **Current value of the portion you own?** $50,000.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee simple.**

   ■ **Check if this is community property** (see instructions)

   **Other information you wish to add about this item, such as local property identification number:**

   **1977 Sherwood Manaufactured Home; 24 x 56.**
   **Value is Joint Debtor's best estimate.**
   **Lienholder: 21st Mortgage Corporation.**
   **Lot rent paid to The Cliffs.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**  **$50,000.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  **Robert Gunnar Grundstrom**
Debtor 2  **Julie Ann Grundstrom**                                  Case number *(if known)* **2:23-bk-03518**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: **Kia** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|
   |  | Model: **Sportage LX Sport Utility 4D** | ☐ Debtor 1 only |  |
   |  | Year: **2022** | ☐ Debtor 2 only |  |
   |  | Approximate mileage: **7,500** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   |  | Other information: | ☐ At least one of the debtors and another |  |
   |  | **Vehicle is in good condition. Value obtained from www.kbb.com. Lienholder: Kia Finance America. Located at debtors' residence.** | ■ Check if this is community property (see instructions) | **$24,670.00** / **$24,670.00** |

   | 3.2 | Make: **Ram 1500** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|
   |  | Model: **Crew Cab Tradesman Pickup 4D** | ☐ Debtor 1 only |  |
   |  | Year: **2017** | ☐ Debtor 2 only |  |
   |  | Approximate mileage: **48,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   |  | Other information: | ☐ At least one of the debtors and another |  |
   |  | **Vehicle is in good condition. Value obtained from www.kbb.com. Lienholder: Advantis Credit Union. Located at debtors' residence.** | ■ Check if this is community property (see instructions) | **$24,412.00** / **$24,412.00** |

   | 3.3 | Make: **Hyundai** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|
   |  | Model: **Tucson SE Sport Utility 4D** | ☐ Debtor 1 only |  |
   |  | Year: **2017** | ☐ Debtor 2 only |  |
   |  | Approximate mileage: **30,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   |  | Other information: | ☐ At least one of the debtors and another |  |
   |  | **Vehicle is in good condition. Value obtained from www.kbb.com. Lienholder: Advantis Credit Union. Located at Roy Solis' residence.** | ■ Check if this is community property (see instructions) | **$17,932.00** / **$17,932.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>       **$67,014.00**

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**     **Current value of the portion you own?**

| Debtor 1 | **Robert Gunnar Grundstrom** | Case number *(if known)* **2:23-bk-03518** |
|---|---|---|
| Debtor 2 | **Julie Ann Grundstrom** | |

Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| **1 Kitchen table with 4 chairs $200.00.**<br>**1 Living room couch and loveseat $300.00.**<br>**2 Living room lamps $50.00.**<br>**1 Living room rug $30.00.**<br>**2 Beds $500.00.**<br>**2 Bedside tables $100.00.**<br>**2 Bedroom dressers $100.00.**<br>**1 Bedroom lamp $20.00.**<br>**5 Pictures/Paintings $100.00.**<br>**1 Stove $100.00.**<br>**1 Refrigerator $100.00.**<br>**1 Washing machine and dryer $200.00.**<br>**1 Vacuum cleaner $20.00.**<br>**1 Microwave $20.00.**<br>**1 Desk $50.00.**<br>**1 Desk chair $25.00.**<br>**2 Bookcases $50.00.**<br>**1 Grill $50.00.**<br>**1 Patio table with chairs $50.00.**<br>**3 Power tools $200.00.**<br>**Misc. hand tools $200.00.**<br>**Located at debtors' residence.** | **$2,465.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| **2 Televisions $100.00.**<br>**1 Radio $100.00.**<br>**1 Desktop computer $50.00.**<br>**2 Laptops $100.00.**<br>**1 Printer $50.00.**<br>**Located at debtors' residence.** | **$400.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| **Golf clubs & bowling balls.**<br>**Located at debtors' residence.** | **$300.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No

Official Form 106A/B                    Schedule A/B: Property                    page 3

Case 2:23-bk-03518-MCW    Doc 6    Filed 05/31/23    Entered 05/31/23 12:21:02    Desc
Main Document    Page 3 of 7

■ Yes. Describe.....

| | |
|---|---|
| **1 9mm**<br>**1 30-30 rifle.**<br>**Hi-Tech 9mm**<br>**Located at debtors' residence.** | **$500.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Misc. clothing.**<br>**Located at debtors' residence.** | **$500.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **2 Wedding rings $500.00.**<br>**Misc. costume jewelry $100.00.**<br>**Located at debtors' residence.** | **$600.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **2 Dogs.**<br>**2 Cats.**<br>**Located at debtors' residence.** | **$400.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$5,165.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                    Institution name:

| Debtor 1 | **Robert Gunnar Grundstrom** | Case number *(if known)* | **2:23-bk-03518** |
|---|---|---|---|
| Debtor 2 | **Julie Ann Grundstrom** | | |

| | 17.1. | **Advantis Credit Union savings account #0520, Balance as of date of filing.** | $14.03 |
|---|---|---|---|
| | 17.2. | **Wells Fargo Bank checking account #6595, Balance as of date of filing.** | $1,690.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes.................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information about them...................
    Name of entity:  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
    Type of account:  Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** |
|---|---|

Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   
   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

   | Julie Grundstrom v Wilco Life Insurance Company Class Action Complaint | Unknown |
   |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................................**            **$1,704.03**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

| Debtor 1 | **Robert Gunnar Grundstrom** | | |
|---|---|---|---|
| Debtor 2 | **Julie Ann Grundstrom** | Case number *(if known)* | **2:23-bk-03518** |

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... $0.00

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................... | | $50,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $67,014.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,165.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,704.03 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... $73,883.03  Copy personal property total | | $73,883.03 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $123,883.03 |

Official Form 106A/B          Schedule A/B: Property          page 7

Case 2:23-bk-03518-MCW    Doc 6    Filed 05/31/23    Entered 05/31/23 12:21:02    Desc
Main Document    Page 7 of 7