# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 12/18/2023
Case: 2:23−bk−03518−MCW     Form ID: cla001     Total: 31

**Recipients of Notice of Electronic Filing:**
aty     SANDRA C. OSWALT     sandra@oswaltlawgroup.com
aty     STEVEN J. BROWN     sbrown@sjbrownlaw.com

                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ROBERT GUNNAR GRUNDSTROM     3300 E. BROADWAY RD. #264     MESA, AZ 85204
jdb     JULIE ANN GRUNDSTROM     3300 E. BROADWAY RD. #264     MESA, AZ 85204
tr     JILL H. FORD     PO BOX 5845     CAREFREE, AZ 85377
cr     Ally Financial, c/o AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
aty     JILL H. FORD     PO BOX 5845     CAREFREE, AZ 85377
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007−2650
16980319     21st Mortgage Corporation     620 Market Street, Ste. 100     Knoxville TN 37902
16980320     Advantis Credit Union     PO Box 14220     Portland OR 97293
16980321     Avant LLC/Web Bank     222 N Lasalle St Ste 160     Chicago IL 60601
16980322     Bank of America     P.O. Box 15284     Wilmington DE 19850
16980323     Capital One     P.O. Box 60599     City of Industry CA 91716
16980324     Credit One Bank, N.A.     P.O. Box 98875     Las Vegas NV 89193
16980325     Feb Destiny/GF     15220 NW Greenbrier Pkwy.     Beaverton OR 97006
16980326     First Premier Bank     601 S. Minnesota Avenue     Sioux Falls SD 57104−4824
16980327     Good Life RV Resort     3403 E. Main St.     Mesa AZ 85213
16980328     JPMCB Card     P.O. Box 15298     Wilmington DE 19850
16980329     Kia Finance America     PO Box 650805     Dallas TX 75265
16980330     Merrick Bank Corp.     P.O. Box 9201     Old Bethpage NY 11804
16980331     RSI Enterprises, Inc.     5440 W. Northern Avenue     Glendale AZ 85301
16980332     Sonora Quest Laboratories     Billing Dept.     P.O. Box 52880     Phoenix AZ 85072
16980333     Synchrony Bank     Attn: Bankruptcy Department     P.O. Box 965060     Orlando FL 32896−5060
16980335     TBom/Milestone     P.O. Box 4499     Beaverton OR 97076
16980336     THD/CitiBank, N.A.     P.O. Box 6497     Sioux Falls SD 57117
16980334     Tbom/ATLS/Aspire     P.O. Box 6497     Sioux Falls SD 57117
16980337     The CBE Group, Inc.     1309 Technology Parkway     Cedar Falls IA 50613
16980338     US Bank     P.O. Box 5227     CN−OH−W15     Cincinnati OH 45202
16980339     Verizon Wireless     Attention: Bankruptcy Dept.     500 Technology Drive, Ste. 550     Weldon Spring MO 63304
16980340     Wells Fargo Bank, N.A,     MAC N8235−040     7000 Vista Drive     West Des Moines IA 50266
16980341     Wells Fargo Card Services     P.O. Box 14517     Des Moines IA 50306

                         TOTAL: 29